# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

_____
                                        )
GARY P. STEVENS,                        )
                                        ) Civil Action No.
            Plaintiff,                  ) 3:09CV00498 (PCD)
                                        )
     v.                                 )
                                        )
LANDMARK PARTNERS, INC.                 )
                                        )
            Defendant.                  )
_____ )

**DECLARATION OF G. WILLIAM KENNEDY, Ph.D., IN
SUPPORT OF PLAINTIFF'S MOTION TO COMPEL
<u>DISCOVERY RELATED TO RECENT SALE</u>**

I, G. William Kennedy, declare as follows:

   1.   I am a managing director in the Forensic and Litigation Consulting segment of FTI Consulting. I am based in Boston, Massachusetts.

   2.   I am a Certified Public Accountant, and I am accredited in business valuation by the American Institute of Certified Public Accountants ("AICPA"). I have received a Ph.D. in finance from St. Louis University, a masters degree in accounting science from the University of Illinois, and a bachelor's degree in accountancy from the University of Illinois.

   3.   I have testified in state and federal courts as an expert witness on matters related to valuation of businesses, and I am a frequent speaker on valuation topics at conferences and seminars. One of my specialties is the calculation of economic damages and lost profits.

   4.   A copy of my curriculum vitae is attached hereto.

   5.   I understand that Plaintiff Gary Stevens is seeking damages in relation to his claim that Defendant Landmark Partners, Inc. ("Defendant") failed to provide him with a 10%

economic participation in the firm.  I understand that Plaintiff was employed by Landmark from May 2004 through November 2008.

      6.      The information and documentation requested in Plaintiff's Fourth Set of Document Requests to Defendant regarding the sale of Landmark stock to Religare is the type of information that would commonly be relied upon by experts in the valuation profession to determine the value of a 10% ownership interest in Landmark.  Revenue Ruling 59-60, which "is said to be one of the greatest business valuation treatises ever written,"[1] instructs that among the factors to consider when valuing an ownership interest in a privately held company is the sale of the company's own stock and the size of the block being sold.  The information as to the price and terms of the sale of an ownership in Landmark to Religare, an independent third party, would assist in providing objective pricing information regarding Landmark and is the type of information a valuation expert should, per Revenue Ruling 59-60, consult when appraising the stock of a privately held company such as Landmark.

      7.      A transaction in the Company's own stock made in 2010 would still be relevant and informative in determining the value of the Company's stock in November 2008.  It is common in the business valuation profession to consult pricing and transactional information that occur on dates other than the valuation date as a way of being more fully informed as to prices being paid for private companies.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed January 26, 2011.

---

[1] Understanding Business Valuation, A Practical Guide to Valuing Small to Medium-Sized Businesses, Second Edition by Gary R. Truigman, published by the American Institute of Certified Public Accountants. 2002. P. 409.

*signature*

G. William Kennedy

# G. William Kennedy, CPA/ABV, Ph.D.

Managing Director - Forensic and Litigation Consulting

Bill.kennedy@fticonsulting.com

200 State Street
Boston, MA 02109
Tel: (617) 747-1807
Fax: (617) 897-1511

**Certification**
Certified Public Accountant

Accredited in Business Valuation by AICPA

**Professional Affiliations**
AICPA Business Valuation Hall of Fame

American Institute of Certified Public Accountants

Business Valuation, Forensic & Litigation Services Section of the AICPA

American Accounting Association

Financial Management Association

**Education**
Ph.D. in Finance, Saint Louis University

M.A.S., Accounting Science, University of Illinois

B.S., Accountancy, University of Illinois

.

Bill Kennedy is a managing director in the FTI Forensic and Litigation Consulting segment and is based in Boston.

He is a nationally-recognized consultant, speaker and experienced expert witness. Dr. Kennedy's specialties include intellectual property valuations; statistics and econometric analysis; option pricing and option valuation; economic damages and lost profits; event studies and security fraud economic damages calculations; fair value financial reporting; and accounting professional liability.

He has over thirty years of professional experience working with two of the Big 4 CPA firms and most recently a partner in a Midwest regional CPA firm, additionally he has serving in corporate management positions, and held various academic positions including the rank of Associate Professor of Finance (with tenure). For the past fifteen years He has been active in the practice of valuation and litigation support services. He has testified in State and Federal courts as an expert witness on various matters related to both valuation and accountants professional liability. He is a frequent speaker on valuation related topics at AICPA National Business Valuation Conferences and State CPA Society conferences and He provide continuing professional education seminars to CPA firms on valuation topics.

**PROFESSIONAL ACTIVITIES**

- AICPA Business Valuation Examination Committee. Member of the six-person committee of business valuation experts responsible for preparation of the Accredited in Business Valuation (ABV) specialty examination for the AICPA. Immediate Past Chairman, 2002-2005, Member 1998 – Present.

- AICPA M&A Dispute Resolution Taskforce. Newly formed Taskforce responsible for establishing continuing education training material, conference presentations and journal articles to train CPA's to practice in the area of M&A dispute resolutions as accountant arbitrators and consulting and testifying experts. 2007 – Present.

- Editorial Advisor, AICPA *Journal of Accountancy*, 2005 – Present.

- Member of the Editorial Review Board of the *Business Valuation Review*, The Quarterly Journal of the Business Valuation Committee of the American Society of Appraisers (ASA). 2004 – Present.

- AICPA Business Valuation Committee. Member of the committee responsible for establishing all policies and developing supporting programs for all CPAs who perform valuation services. 1999 – 2003.

- AICPA Business Valuation Credentials Committee. Inaugural members of the Business Valuation Credentials Committee. 1997 – 1998.

**SELECTED PRESENTATIONS AND PUBLICATIONS**

- Missouri State Forensic Accounting Conference: *Dissecting A Business Valuation Report and Panel Discussion on Expert Witness Cross Examination*. St. Louis, Missouri December 1, 2009.



www.fticonsulting.com

- Missouri State Business Valuation Conference: *Using Statistical Measures in Business Valuation Engagements, Panel Discussion on Valuation Discounts and Premiums*. St. Louis, Missouri, December 4, 2009.

- *Pitfalls to Avoid When Assessing Damages in M&A Disputes.* AICPA National Forensic Accounting Conference, September 23-25, 2009 Orlando, FL.

- *AICPA National Business Valuation School,* Instructor, August 17-21, 2009, Dallas, TX.

- *Using Statistical Measures in Business Valuation and Litigation Service.* Financial Consulting Group Webinar, July 15, 2009.

- *Use of Monte Carlo Simulation in Valuation and Litigation Support Engagements.* NACVA's Fifteenth Annual Consultants' Conference, June 10, 200, Las Vegas, NV.

- *Statistical Analysis of Executive Compensation – Case Studies.* California Education Foundation, 2008 Business Valuation Conference, May 28, 2008, Los Angeles, CA.

- *Dissecting a Business Valuation Report.* AICPA-AAML Conference, May 8, 2008, Las Vegas, NV.

- *Use of Statistics In BV Engagements: Duff & Phelps Size Risk Premiums and Using Regression to Fit Pricing Multiple.* Florida Institute of CPA's Valuation, Forensic Accounting & Litigation Services Conference, January 10-11, 2008, Fort Lauderdale, FL.

- *Using Statistics in Litigation Support Engagements.* Florida Institute of CPA's Valuation, Forensic Accounting & Litigation Services Conference, January 10-11, 2008, Fort Lauderdale, FL.

- *Issues in Determining Cost of Equity – Duff & Phelps Size Risk Premiums and Beta Coefficient Risk Measures*: 25th Annual National CLE Conference, Law Education Institute. January 6, 2008. Vail, CO.

- *Using Statistical Measures in BVFLS Engagements.* 25th Annual National CLE Conference, Law Education Institute, January 7, 2008, Vail, CO.

- *Quantitative Applications in Valuation.* AICPA National Business Valuation Conference, December 3, 2007, New Orleans, LA.

- *Discount Rates used in Lost Profit Cases: The Key Issues.* AICPA National Conference on Fraud and Litigation Services. September 28, 2006, Las Vegas, NV.

- *Advanced Statistical Applications for BV Engagements.* AICPA-ASA National Business Valuation Conference, November 15, 2005, Las Vegas, NV.

- *Judging Valuation Experts and their Reports: A View from the Bench* (joint presentation). AICPA-ASA National Business Valuation Conference, November 15, 2005, Las Vegas, NV.

- *The Use and Misuse of Statistics.* AICPA Webcast for the members of the Business Valuation, Forensic and Litigation Services (BV-FLS) Section members, October 26, 2005.

- *Lost Profits vs. Loss of Business Value.* AICPA National Litigation and Fraud Conference, September 29, 2005, Dallas, TX.



- *Advanced Workshop on Discount Rates*. AICPA National Litigation and Fraud Conference, September 29, 2005, Dallas, TX.

- *Intellectual Property Valuation*. CPA Associates National Business Valuation Conference, August 23, 2005, Chicago, IL.

- *Valuing Intellectual Property: Applying Real Option Analysis*. St. Louis Daily Record, January 21, 2005, Volume 295, No. 14.

- *Financial Statement Analysis: Insights into Company Strategy and Risk*, AICPA National Business Valuation Conference, November 2004, Orlando, FL.

- *Using Statistical Applications to perform Market Approach – Guideline Public Company Approach calculations and other applications of statistical techniques in Business Valuation Engagements*. Three hour pre-conference workshop, AICPA National Business Valuation Conference, November 2003, Phoenix, AZ.

- *Real Options Overview and Theory*, and a second session: *Advanced Case Application Using Real Options for Business Valuation Engagements*. AICPA National Business Valuation Conference, November 2003, Phoenix, AZ.

- *Statistical Applications in Auditing and Statistical Applications in Business Valuations*. Two separate four hour continuing educational seminars for the auditing and consulting staff of Anders, Minkler, Diehl. St. Louis, Missouri and Clifton Gunderson LLP, Indianapolis, IN, July and August 2003.

- *Statistics You Can Use – In Plain English*. Three-hour pre-conference workshop on the application of statistics and regression techniques in Business Valuation engagements. AICPA National Business Valuation Conference, November 2002, New Orleans, LA.

- *Real Option Theory and Practice, A Powerful Valuation Tool*. AICPA National Business Valuation Conference, November 2002, New Orleans, LA.

- *Applications of Statistical Techniques in Valuation Engagements*. AICPA National Business Valuation Conference, December 2001, Las Vegas, NV.

- *Using Option Pricing Models to Estimate Discount for Lack of Marketability*. Financial Consulting Group Annual Meeting, September 2001, New Orleans, LA.

- *Career Opportunities in Business Valuation*. Also session on: *Merger and Acquisition Pricing*. Beta Alpha Psi National Accounting Honor Society Annual Meeting, August 2001, Atlanta, GA.

- *Business Valuation Update – Marketability Discounts, Recent Tax Court Decisions*. Moore Stephens North America, Inc. National Tax Conference, October 2000, Washington D.C.

- *Know The Right Asking Price, Get The Right Selling Price*. Mergers and Acquisitions Seminar sponsored by Reilly Consulting Group, Inc. May 2000, Boston, MA.

- *Business Valuation Technical Update – Recent Supreme Court Decisions Affecting Expert Witness Testimony* and *Building a Business Valuation Practice*, Moore Stephens North America, Inc. National Tax Conference, October 1999, San Diego, CA.

- *Marketability and Minority Discounts and Control Premiums*, 1998 AICPA National Conference on Business Valuation, November 1998, Miami, FL.

- *Using Statistical Techniques in Business Valuation Engagements,* 1998 National Business



Valuation Conference of the CPA Associates International. Selected to present a Continuing Educational Seminar to the national directors of Business Valuation from member firm practice offices, August 1998, Atlanta, GA.

- *The Fundamentals of Modern Portfolio Theory*, Investment Management for Institutional Investors National Conference, Professional Education Seminar, June 1998, Boston, MA.

- *IRS Code Chapter 14 - Overview of Estate and Gift Tax Valuation Issues*, presented to the Norfolk & Plymouth Estate and Business Planning Council at their opening meeting for the 1996-1997 program year.

- *Valuation Issues in Family Limited Partnerships*, presented to the Bristol County Estate Planning Council at the final meeting of their 1995-1996 program year.

**PROFESSIONAL EXPERIENCE**

- Managing Director, Forensic and Litigation Consulting, FTI Consulting, Boston, MA January 2010 – Present.

- Partner and Co-Director Valuation and Litigation Support Services, Anders Minkler & Diehl LLP, St. Louis Missouri. 2004 – December 2009.

- Director of Business Valuation and Litigation Support Services, Reilly Consulting Group, Inc., Milton, Massachusetts. 1995 – 2004.

- Associate Professor of Finance and Accounting (with Tenure), Stonehill College, Easton, Massachusetts. 1993-2004.

- Instructor of Finance, School of Business and Administration, Saint Louis University, St. Louis, Missouri. 1990-1993.

- Manager of Financial Reporting, Edison Brothers Stores, Inc., St. Louis, Missouri. 1987-1990.

- Audit Manager and member of the Privately Held Business and Mergers & Acquisitions service groups, KPMG Peat Marwick, St. Louis, Missouri. 1986-1987.

- Officer and Assistant Controller, United Cable Television Corporation, Denver, Colorado. 1984-1985.

- Audit Staff - Manager, Ernst & Young, Denver, Colorado, and Springfield, Illinois. 1975-1984

**PROFESSIONAL CONFERENCES AND CONTINUING EDUCATION**

- AICPA National Forensic Accounting Conference, September 2009, Orlando, FL.
- AICPA National Business Valuation Conference, December 2008, Las Vegas, NV.

- AICPA National Business Valuation Conference, December 2007, New Orleans, LA.

- American Bar Association 22nd Annual Intellectual Property Law Conference, April 2007, Arlington, VA.

- AICPA National Business Valuation Conference, December 2006, Austin, TX.



- AICPA National Conference on Fraud and Litigation Services, September 2006, Las Vegas, NV.
- American Bar Association 21st Annual Intellectual Property Law Conference, April 2006, Arlington, VA.
- AICPA National Business Valuation Conference, November 2005, Las Vegas, NV.
- AICPA National Conference on Fraud and Litigation Services, September 2005, Dallas, TX.
- AICPA National Business Valuation Conference, November 2004, Orlando, FL.
- AICPA National Business Valuation Conference, November 2003, Phoenix, AZ.
- AICPA National Business Valuation Conference, November 2002, New Orleans, LA.
- AICPA National Business Valuation Conference, December 2001, Las Vegas, NV.
- Financial Consulting Group Annual Meeting, September 2001, New Orleans, LA.
- AICPA National Business Valuation Conference, November, 2000.
- Financial Consulting Group Annual Meeting, June 2000, Denver, CO.
- AICPA National Business Valuation Conference, December, 1999.
- AICPA National Business Valuation Conference, November, 1998.
- Institute of Business Appraisers National Business Valuation Conference, January 1998.
- AICPA Business Valuation Examination Review Course, October 1997.
- AICPA Business Valuation Certificate of Educational Achievement Courses NBV1-8, 1996.

**TESTIMONY IN TRIAL OR BY DEPOSITION**

- *Zenith Glass Australia PTY. LTD and Zenith Glass PTY. LTD v. Solutia, Inc.* Before the American Arbitration Association, Cse No: 50 181 T 001158 09. Retained by Claimants to provide an opinion of lost profits and lost business value.

- *Secure Energy, Incorporated et al. v. Coal Synthetics, LLC et al.,* United States District Court for the Eastern District of Missouri, Case No. 4:08-cv-1719 JCH. Retained by Plaintiff to provide an opinion as to the value of trade secrets and intellectual properties.

- *ICEM S.P.A. and Aurora Assicurazioni S.P.A. v. Harvey Industries, Inc. et al.,* United States District Court for the District of Massachusetts, Civil Action No.: 1:07-cv-10819-RCL. Retained by defendants to provide analysis and opinion regarding economic damages and lost profits suffered by the plaintiff.

- *Mary D. Young v. Drury Inns, Inc.*, Circuit Court of the County of St. Louis, State of Missouri, Cause No. 07SL-CC00298. Retained by defendants to provide an opinion regarding lost income suffered by the plaintiff.

- *Jim Brown, Individually and on Behalf of All Others Similarly Situated v. Brett Brewer, et al.,* United States District Court, Central District of California, Case No. CV06-3731 GHK (JTLx) Class Action. Retained by plaintiffs to provide expert testimony regarding the valuation of an acquisition target company and damages suffered by the selling shareholder class.



- *KRI Midwest Inc. v. Bushco Development Inc., Small Contractors Network, Inc., and MCIN & Associates, Inc.*  In the Circuit Court, Twentieth Judicial Circuit, St. Clair County, Illinois. Retained by defendants to provide an opinion on lost profit damages sustained by plaintiff.

- *WMH Tool Group, Inc. (Plaintiff/Counterclaim Defendant) v. Woodstock International, Inc. and Grizzly Industrial, Inc. (Defendants/Counterclaim Plaintiffs)*. United States District Court for the Northern District of Illinois, Eastern Division, Civil Action No. 07-CV-3885. Retained by the defendants/counterclaim plaintiffs to provide testimony regarding economic damages and lost profits and reasonable royalties.

- *Robert L. Pryor, Chapter 7 Trustee of the bankruptcy estate of TC Liquidations, LLC, et al. v. Steve Tiffen, et al., The Tiffen Company, LLC debtor*. United States Bankruptcy Court, Eastern District of New York at Central Islip. Case No. 803-81231-478. Retained by Debtor defendant to provide testimony regarding the valuation of intellectual property and identifiable intangible assets.

- *Renaissance Learning, Inc. v. Metiri Group LLC,* Case No. 07-0413-CV-W-SWH United States District Court, Western District of Missouri. Retained by plaintiff to provide statistical analysis of customer buying patterns and provide testimony regarding quantification of lost sales and profits.

- *Randy Blount Automotive Group, Inc., et al. v. Suntrup Real Estate Partnership, L.P, et al*. In the Circuit Court of the County of St. Louis, State of Missouri. Retained by plaintiff to provide expert analysis and testimony regarding economic damages and purchase price adjustments.

- *Board of Trustees, North Naples Fire Control & Rescue District Firefighter Pension Plan v. City of Naples and Board of Trustees, City of Naples Firefighters Retirement Trust Fund*. In the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida. Retained by the plaintiff to perform analysis and provide expert opinion and testimony as to econometric and statistical analysis of tax property tax receipts.

- *Sizzler v. Excel, et al. Consolidation E.coli 0157:H7 Cases*. In the Circuit Court of Milwaukee County, State of Wisconsin. Retained by the defendant to provide an expert opinion and testimony as to lost profit damages.

- *ASi Industries, GmbH v. MEMC Electronic Materials, Inc. and MEMC Pasadena, Inc.*, United States District Court, Eastern District of Missouri, Eastern Division.  Case No. 4:06-CV-00951-CDP. Retained by the defendant to provide an expert opinion and testimony as to lost profit damages.

- *Dr. Juan Carlos Parodi v. Cordis Corporation, American* Arbitration Association, International Centre for Dispute Resolution.  Case No. 50 133 T 00108 06. Retained by the plaintiff to provide an expert opinion and testimony as to the value of certain patent rights and intellectual property.

- *Dennis Nadler v. Merlin International , Inc. f/k/a Merlin Software Corporation d/b/a Merlin Technical Solutions, Inc.*, United States District Court, Southern District of Illinois.  Case No. 3:06-CV-00907-JPG-PMF. Retained by plaintiff to provide an expert opinion and testimony as to the value of certain ownership interests.



- *Central Garden & Pet Company v. AT&H Co., Inc., American Tack and Hardware Co., Inc., Heritage Fund I Limited Partnership, and Amertac Holdings, Inc.* Commonwealth of Massachusetts, Suffolk, SS. Superior Court, Department of the Trial Court. Case No. 05-2066. Retained by defendants to provide expert opinion as to the valuation of certain business interests.

- *Detroit & Canada Tunnel Corporation vs. Ernst & Young LLP*, Circuit Court for the County of Wayne, State of Michigan. Retained by Plaintiff to provide expert report and testimony in mediation conference regarding adherence to AICPA professional standards.

- *The Huff Alternative Income Fund, L.P. vs. PriceWaterhouseCoopers LLP*, Superior Court of New Jersey Law Division, Bergen County, Docket No. 9204-03. Retained by plaintiffs to provide expert opinion as to the reliability and use of certain business valuation methods in a financial reporting context.

- *Synergetics, Inc. vs. Charles Richard Hurst, Jr. and Michael McGowan*, United States District Court, Eastern District of Missouri, Eastern Division, Case No. 4:04CV318DDN. Retained by defendants to provide expert opinion on economic damages related to trade secrets.

- *Buntzman vs. Buntzman.* Supreme Court State of New York, County of Westchester, Index No. 8098 / 03. Retained by respondent to submit rebuttal expert report and provide testimony on the proper application of "event study" methodology to determine the potential impact on the stock price of a NASDAQ traded corporation of certain management actions.

- *Siti-Sites.Com, Inc. vs. Charles M. Leedom, Jr.; Eric Robinson; Salvatore Marino; MLR Partners; MLR, LLC.; Harry O'Sullivan; Joseph Sainton; Sixbey, Friedman, Leedom & Ferguson, P.C. and Nixon Peabody, LLP.* Supreme Court of the State of New York, County of New York, Commercial Division. Index No. 04600927. Retained by plaintiff to submit expert's affidavit and provide expert testimony on the value of certain patent properties.

- *Geoffrey H. Rowley and Richard R. Downey vs. Associates for International Research, Inc., et al.*, Commonwealth of Massachusetts, Middlesex Superior Court, Civil Action No. 01-03955-D. Retained by plaintiffs to provide expert opinion as to the value of a minority ownership interest in a corporation.

- *Ivex International Venture Management, Inc. vs. 3 Com Corporation*, Arbitration, Boston, Massachusetts. Retained by plaintiffs to provide an expert opinion as to the value of a minority interest in a foreign subsidiary of a publicly traded corporation.

- *Massachusetts Asset Financing Corporation v. Harter Secrest & Emery, LLP, et al.*, U.S. District Court for the District of Massachusetts, Civil Action No. 01-11612. Retained by defendants to provide an opinion as to the application of professional accounting and reporting standards.

- *Shirley Vandervort vs. Consumer Collection Management, Inc. and Robert Eichorn.* Circuit Court, County of St. Louis, State of Missouri, Cause No. 03CC-003483 B. Retained by plaintiffs to provide an opinion as to the value of a minority ownership interest in a corporation.

