IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY P. STEVENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LANDMARK PARTNERS, INC. )<br>)<br>Defendant. )<br>) | )<br>)<br>)<br>)<br>) Case No.: 3:09-cv-00498 (MPS)<br>)<br>)<br>) MARCH 1, 2013<br>)<br>) |

**NOTICE OF MANUAL FILING**

Please take notice that Plaintiff Gary P. Stevens has manually filed his Opposition to Defendant's Motion in Limine, Pursuant to Fed. R. Evid. 702, to Preclude Proffered Testimony of Dr. G. William Kennedy and exhibits thereto.

This document has not been filed electronically because:

[ ] the document (or thing) cannot be converted to an electronic format;

[ ] the electronic file size of the document exceeds 5 mb;

[X] the document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d), Local Rule of Criminal Procedure 57(b) or pursuant to 18 U.S.C. 3006A [e.g., Motion for Expert or Other Services].

A CD containing a PDF version of the document to be sealed has also been filed with the Court.

The document has been manually served on all parties.

| | |
|---|---|
| Dated:  March 1, 2013 | Respectfully submitted, |
| | /s/ Jason M. Knott |
| | Graeme W. Bush (*admitted pro hac vice*) |
| | gbush@zuckerman.com |
| | Jason M. Knott (Fed. Bar No. phv03741) |
| | jknott@zuckerman.com |
| | ZUCKERMAN SPAEDER LLP |
| | 1800 M Street, N.W. |
| | Suite 1000 |
| | Washington, D.C.  20036 |
| | Telephone: (202) 778-1800 |
| | Fax: (202) 822-8106 |
| | |
| | Kathryn Emmett (Ct Bar No. 05605) |
| | EMMETT AND GLANDER |
| | 45 Franklin Street |
| | Stamford, CT  06901 |
| | Telephone: (203) 324-7744 |
| | Fax: (203) 969-1319 |
| | |
| | *Counsel for Plaintiff Gary P. Stevens* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 1, 2013, a copy of the foregoing Notice of Manual Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through use of the court's CM/ECF System.

               /s/ Jason M. Knott
               Graeme W. Bush (*admitted pro hac vice*)
               gbush@zuckerman.com
               Jason M. Knott (Fed. Bar No. phv03741)
               jknott@zuckerman.com
               ZUCKERMAN SPAEDER LLP
               1800 M Street, N.W.
               Suite 1000
               Washington, D.C.  20036
               Telephone: (202) 778-1800
               Fax: (202) 822-8106

               *Counsel for Plaintiff Gary P. Stevens*