# UNITED STATES DISTRICT COURT

DISTRICT OF **CONNECTICUT**

STEVENS

V.

LANDMARK

**PLAINTIFF WITNESS LIST**

Case Number: 3:09CV498 (MPS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SHEA | Bush, Knott | Fiebach |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/22/2013- | M. Marshall | D. Johnson |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4-22-13 | | | Anthony LoPinto, Washington, D.C. |
| | | " | | | Timothy Haviland, FL |
| | | " | | | Dr. G. William Kennedy, MA |
| | | 4-23-13 | | | Gary Stevens, MD |
| | | 4-24-13 | | | Gary Stevens, Chevy Chase, MD |

United States District Court
District of Connecticut
FILED AT HARTFORD

May 16, 2013

Roberta D. Tabora, Clerk
By: Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages